

| | |
|---|---|
| **LINDA FRIDEGOTTO, ESQUIRE**<br>Direct Dial: (212) 809-1612<br>lfridegotto@chartwelllaw.com | Reply To: New York Office<br>One Battery Park Plaza, Suite 710<br>New York, NY 10004<br>Phone: (212) 968-2300<br>Facsimile: (212) 968-2400 |

February 18, 2025



**BY ECF and EMAIL Parker_NYSDChambers@nysd.uscourts.gov**

Hon. Katharine H. Parker, U.S. Magistrate Judge
U.S. District Court, Southern District of New York
500 Pearl Street, Courtroom 17D
New York, New York 10007

        **Re:**   *The Travelers Indemnity Company v Trisura Specialty Insurance Company and Utica National Insurance Company of Ohio*
              Case No.:1:23-cv-08255-KPF

Dear Magistrate Judge Parker,

      This firm represents defendant Trisura Specialty Insurance Company ("Trisura"). We write this letter, jointly with counsel for plaintiff The Travelers Indemnity Company ("Travelers") and defendant Utica National Insurance Company of Ohio ("Utica"), to respectfully request a two-week adjournment of the settlement telephone conference with Your Honor, currently scheduled for 4:30pm on Wednesday, February 19, 2025.[1]

      Your Honor will recall that the parties appeared for a settlement conference on Thursday, January 30, 2025. The conference was adjourned to allow Travelers and Trisura time to provide Utica with their respective defense counsel invoices from the underlying Bordonaro Action for analysis and to assist in further settlement negotiations.

      Although the parties have exchanged all the requisite invoices, the review of the voluminous records has taken longer than originally anticipated. The parties therefore respectfully request an additional two weeks to allow their clients to properly analyze the financial records and formulate settlement offers, if applicable.

      The parties thank the Court and its staff in advance for its consideration of this joint request.

                            Very truly yours,

                            **CHARTWELL LAW**

                      By: _____
                            Linda Fridegotto, Esq.

---

[1] The parties apologize for failing to comply with Your Honor's Individual Rule requiring 48 hours' notice for adjournments. Presidents' days closures precluded counsel's ability to communicate with their clients.

**APPLICATION GRANTED:** The telephonic Settlement Status Conference in this matter is scheduled for Wednesday, February 19, 2025 at 4:00 p.m. is hereby rescheduled to <u>Tuesday, March 11, 2025 at 4:00 p.m.</u> Counsel for the parties will be emailed the call-in information for this proceeding.

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

02/19/2025