


**LINDA FRIDEGOTTO, ESQUIRE**
Direct Dial: (212) 809-1612
lfridegotto@chartwelllaw.com

Reply To: New York Office
One Battery Park Plaza, Suite 710
New York, NY 10004
Phone: (212) 968-2300
Facsimile: (212) 968-2400

March 10, 2025

**BY ECF and EMAIL** Parker_NYSDChambers@nysd.uscourts.gov

Hon. Katharine H. Parker, U.S. Magistrate Judge
U.S. District Court, Southern District of New York
500 Pearl Street, Courtroom 17D
New York, New York 10007

**APPLICATION DENIED**

KATHARINE H. PARKER
United States Magistrate Judge

03/10/2025

Re:   *The Travelers Indemnity Company v Trisura Specialty Insurance Company and Utica National Insurance Company of Ohio*
      Case No.:1:23-cv-08255-KPF

Dear Magistrate Judge Parker,

This firm represents defendant Trisura Specialty Insurance Company ("Trisura"). We write this letter, jointly with counsel for plaintiff The Travelers Indemnity Company ("Travelers") and defendant Utica National Insurance Company of Ohio ("Utica"), to respectfully request a two-week adjournment of the settlement telephone conference with Your Honor, currently scheduled for 4:00pm on Tuesday, March 11, 2025. This is the parties' second request for an adjournment.

Since the parties' last update, the parties have made progress with settlement discussions. Additional time is required to permit client consideration of proposals and their implications for the instant action and the underlying action.

The parties thank the Court and its staff in advance for its consideration of this joint request.

Very truly yours,

**CHARTWELL LAW**

By: _____
Linda Fridegotto, Esq.