```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/26/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

   THE TRAVELERS INDEMNITY COMPANY,

                                      Plaintiff,                     **ORDER**

            -against-                        23-CV-8255 (KPF)

   TRISURA SPECIALTY INSURANCE
   COMPANY, and UTICA NATIONAL
   INSURANCE COMPANY OF OHIO,

                                      Defendants.
-------------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

Counsel is hereby directed to provide a settlement status update to the Court by **May 12, 2025.**

    **SO ORDERED.**

Dated: March 26, 2025
       New York, New York

                                              _____
                                              KATHARINE H. PARKER
                                              United States Magistrate Judge